UNITED STATES of America, Plaintiff–Appellee,

v.

Simeon A. HUNTLEY, III, Defendant–Appellant.

No. 07–10338
Non–Argument Calendar.

United States Court of Appeals, Eleventh Circuit.

June 29, 2007.

Roberta Josephina Bodnar, U.S. Attorney's Office, Orlando, FL, for Plaintiff–Appellee.

Rosemary T. Cakmis, Donald R. West, Craig L. Crawford, Federal Public Defenders, Orlando, FL, R. Fletcher Peacock, Jacksonville, FL, John L. Badalamenti, Federal Public Defender, Tampa, FL, for Defendant–Appellant.

---

* Honorable J. Owen Forrester, United States District Judge for the Northern District of Georgia, sitting by designation.

Before ANDERSON, BIRCH and BARKETT, Circuit Judges.

PER CURIAM:

John L. Badalamenti, appointed counsel for Simeon A. Huntley, III, in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Huntley's conviction and sentence are **AFFIRMED.**

Before BIRCH, BLACK, and HILL, Circuit Judges.